IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERON JONES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-6393** |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Acting Commissioner of Social Security** | : | |

## ORDER

**AND NOW**, this 20th day of September 2017, upon considering Plaintiff's Request for review (ECF Doc. No. 5), Defendant's Response (ECF Doc. No. 12), Plaintiff's Brief (ECF Doc. No. 18), Defendant's Response (ECF Doc. No. 21), Plaintiff's Reply (ECF Doc. No. 26) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Request for review (ECF Doc. No. 5) is **GRANTED in part** to **reverse** the Administrative Law Judge's November 6, 2013 decision and require **remand** to allow the Administrative Law Judge's fulsome analysis described in the accompanying Memorandum; and,

2. Plaintiff's Request for review (ECF Doc. No. 5) is **DENIED in part** as to an immediate award of benefits without prejudice.

KEARNEY, J.